AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JAMES GREGORY CASTILLO,

        Petitioner

                                **JUDGMENT IN A CIVIL CASE**

        v.

STATE OF WASHINGTON and
PROSECUTOR JAMES P. HAGARTY,

                                CASE NUMBER: CV-12-3042-EFS

        Respondents

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Petition is DISMISSED WITHOUT PREJUDICE.

May 29, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____